**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM D403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**February 7, 2024**

Mr. Stan Ricky Mitchell
1300 South Church Street
Number E13
Jonesboro, AR 72401

    Re:  *Mitchell v. Modern Marketing and Commerce, et al*, 4:23-cv-00899-BRW

Dear Mr. Mitchell:

I have received Defendants' Motion to Dismiss or For a More Definite Statement, which was filed on January 12, 2024.

I assume that since you have not filed a response,[1] you agree with Defendants' position. If you choose not to respond by 5:00 p.m. on Thursday, February 15, 2024, I likely will grant the motion.

                      Cordially,

                      Billy Roy Wilson

Original to the Clerk of the Court
cc:    Other Counsel of Record

---

[1] The response was due Friday, January 26, 2024.